816

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL ·BOWEN, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of HENRY PAYSON, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

## (February 13, 1958)

■ In the Matter of GENE PYLE, against CHARLES ABRAMS, as State Rent Administrator, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. VEDGA SCOTT, Also Known as CATHERINE JOHNSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ DE REIMER AUTO LAUNDRY, INC. v. THOMAS J. FILOMIO et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

## (February 18, 1958)

■ In the Matter of ITALIAN BENEVOLENT INSTITUTE. In the Matter of LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, Respondent, against ALMERINDO PORTFOLIO et al., Appellants.— The petitioners, by two separate notices, appeal from the Special Term order dated December 21, 1956, which in part denied motions to dismiss made pursuant to subdivision 4 of rule 106 and subdivision 5 of rule 107 of the Rules of Civil Practice. Following the entry of the order of reference, from which no appeal was taken, the parties executed a written stipulation whose term in effect empowered the Referee to consider issues not usually encompassed in a proceeding to dissolve a membership corporation. It is our view that, under the circumstances, the Statutes of Limitations (Civ. Prac. Act, § 48, subd. 8; § 49, subd. 7) interposed as a defense to the objections and supplemental objections are valid and the court is without power to impose liability with respect to those matters barred thereby. The objections and supplemental objections which are manifestly barred by the statute will be stricken. As to those objections and supplemental objections concerning which there is dispute as to time when a cause of action, if any, accrued, the Referee will take proof and report together with his recommendations thereon. The order of Special Term will be modified, on the law and in the exercise of discretion, in accordance with these directions, and as modified, it is otherwise affirmed. Settle order. Concur — Breitel, J. P., Frank, McNally and Bergan, JJ.

■ RONALD RAMBOUSEK, Appellant, v. COSMO MONTEMURRO, Doing Business as BLUE MOON RESTAURANT, Respondent.— We find the amount allowed by the trial court to be inadequate. The judgment appealed from is therefore unanimously modified on the facts by increasing the award to $1,000 and as so modified the judgment is affirmed, with costs to the appellant. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin and Stevens, JJ.